**FILED - GR**
August 17, 2017 12:16 PM
CLERK OP COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: anm / SCANNED BY: /

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN.

| | |
|---|---|
| GREGORY A. KRUSE, PRO SE | Case No.: 1:17-cv-724 RJJ-PJG |
| PLAINTIFF | |
| V. | Hon. Robert J. Jonker |
| ST AMOUR, SAM E., ASHKER, JACOB J., EVEN KEVIN B. p38599, SANDEL DONALD G., RILLEMA KAROLYN A., FRUITLAND TOWNSHIP, BOWEN SUSAN K. and MUSKEGON COUNTY. | |
| Defendant(s) | |

## PLAINTIFFS AMENDED COMPLAINT COUNT ONE (1)

Now comes Plaintiff to amend original complaint count one to now include defendant(s) #7 Muskegon County and defendant(s) #8 BOWEN, Susan K. Fruitland Township local unit assessor. This amended complaint is amending relief sought from original seventy-five thousand dollars ($75,000), with new defendants included, one-hundred thousand dollars ($100,000) combined.

_[signature]_                 August 17, 2017
Gregory A. Kruse
5617 South Shore Dr.
Whitehall, MI 49461

1

Kruse, Gregory
5617 South Shore Dr.
Whitehall, MI 49461

GRAND RAPIDS MI 494

15 AUG 2017 PM 5 L



United States District Court
110 Michigan St., N.W.
Grand Rapids, MI 49503

ATN: CLERK

49503-236399