UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

GREGORY A. KRUSE,

    PRO SE PLAINTFF,

VS.

SAM E. ST AMOUR, JACOB J. ASHKER,
KEVIN B. EVEN, DONALD G. SANDEL,
KAROLYN A. RILLEMA, TOWNSHIP OF
FRUITLAND, SUSAN K. BOWEN and
COUNTY OF MUSKEGON,

    DEFENDANTS.
_____/

Case No. 1:17-cv-00724-RJJ-PJG

Honorable Robert J. Jonker

## MOTION OF DEFENDANTS JACOB J. ASHKER AND MUSKEGON COUNTY TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

NOW COME Defendants Jacob J. Ashker and Muskegon County by and through their attorney Douglas M. Hughes of Williams Hughes, PLLC, and hereby concur with the Motion to Dismiss and Brief in Support filed by Defendants Fruitland Township, Donald G. Sandel, Karolyn A. Rillema, Susan K. Bowen, and Sam St. Amour and hereby move this Honorable Court to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

WILLIAMS HUGHES, PLLC

Dated: October 4, 2017

By:   /s/ Douglas M. Hughes
     Douglas M. Hughes (P30958)
     John M. Karafa (P36007)
     Susan M. Franklin (P66047)
     Attorneys for Defendants Jacob J. Ashker
     and the County of Muskegon
Business Address:
     120 W. Apple Avenue, P.O. Box 599
     Muskegon, MI 49443-0599
     Telephone: 231-726-4857